IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Manuel, Gregory J | Case Number: 05 B 44707 |
|---|---|---|
| | Manuel, Kimberly | Judge: Goldgar, A. Benjamin |
| | Printed: 2/5/08 | Filed: 10/6/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: January 11, 2008
Confirmed: December 13, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 73,536.87 | |
| Secured: | | 49,903.96 |
| Unsecured: | | 13,824.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,200.00 |
| Trustee Fee: | | 3,663.60 |
| Other Funds: | | 3,945.06 |
| Totals: | 73,536.87 | 73,536.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 2,200.00 | 2,200.00 |
| 2. | HSBC Mortgage Services | Secured | 37,671.59 | 37,671.59 |
| 3. | Carey's Car & Credit Center | Secured | 1,813.84 | 1,813.84 |
| 4. | Nuvell Financial Services | Secured | 2,368.23 | 2,368.23 |
| 5. | HSBC Mortgage Services | Secured | 5,000.00 | 4,768.38 |
| 6. | Triad Financial Services | Secured | 3,281.92 | 3,281.92 |
| 7. | Capital One | Unsecured | 980.32 | 980.32 |
| 8. | Nuvell Financial Services | Unsecured | 1,531.94 | 1,531.94 |
| 9. | Check Into Cash | Unsecured | 570.55 | 570.55 |
| 10. | Triad Financial Services | Unsecured | 3,225.71 | 3,225.71 |
| 11. | Capital One | Unsecured | 503.70 | 503.70 |
| 12. | RoundUp Funding LLC | Unsecured | 411.10 | 411.10 |
| 13. | ECast Settlement Corp | Unsecured | 990.48 | 990.48 |
| 14. | Resurgent Capital Services | Unsecured | 1,012.29 | 1,012.29 |
| 15. | Merrick Bank | Unsecured | 1,564.62 | 1,564.62 |
| 16. | Check N Go | Unsecured | 618.62 | 546.50 |
| 17. | Resurgent Capital Services | Unsecured | 1,246.61 | 1,246.61 |
| 18. | Asset Acceptance | Unsecured | 201.30 | 201.30 |
| 19. | ECast Settlement Corp | Unsecured | 1,039.13 | 1,039.13 |
| 20. | American Medical Collection | Unsecured | | No Claim Filed |
| 21. | AMO | Unsecured | | No Claim Filed |
| 22. | One Iron Ventures | Unsecured | | No Claim Filed |
| 23. | Washu Partners-Western I LLC | Unsecured | | No Claim Filed |
| 24. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 25. | The Center For Dental Excellence In | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Manuel, Gregory J  
Manuel, Kimberly  
Printed: 2/5/08

Case Number:  05 B 44707  
Judge:  Goldgar, A. Benjamin  
Filed:  10/6/05

| | | | |
|---|---|---|---|
| 26. Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 66,231.95 | $ 65,928.21 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 1,084.95 |
| 5% | 335.56 |
| 4.8% | 697.93 |
| 5.4% | 1,545.16 |
| | _____ |
| | $ 3,663.60 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

